UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-22029-UU

RYDER TRUCK RENTAL, INC.,

    Plaintiff,

v.

EATON CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Stipulation of Dismissal Without Prejudice as to Defendant Eaton Corporation PLC (the "Stipulation"). D.E. 23.

THE COURT has considered the Notice, the pertinent portions of the record and is otherwise fully advised in the premises. On June 22, 2018, Plaintiff filed the Stipulation, informing the Court that they voluntarily dismissed their claims against Defendant, Eaton Corporation PLC, without prejudice under Fed. R. Civ. P. 41(a). D.E. 23. Accordingly, it is

ORDERED AND ADJUDGED that based upon the Stipulation, Plaintiff's claims against Defendant Eaton Corporation PLC are hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court SHALL terminate EATON CORPORATION PLC, as a party to this action.

DONE AND ORDERED in Chambers, Miami, Florida, this _22d_ day of June, 2018.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record