UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-22029-UU

RYDER TRUCK RENTAL, INC.,

    Plaintiff,

v.

EATON CORPORATION,

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice"). D.E. 43. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises. On January 15, 2019, Plaintiff filed the Stipulation, dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). D.E. 30. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th__ day of January, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf